# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| THE NEIMAN MARCUS GROUP, INC., ET AL. | § § § | |
| V. | § § | CASE NO. 4:09cv180 (Judge Schneider/Judge Mazzant) |
| ALVIN GREEN, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On May 21, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Memorandum in Response to Defendant's Motion to Dismiss for Failure to Properly Plead, which the Court will treat as Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Memorandum in Response to Defendant's Motion to Dismiss for Failure to Properly Plead (Dkt. #10), which the Court will treat as Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, is **DENIED.**

 IT IS SO ORDERED.

 SIGNED this 2nd day of July, 2009.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE